# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID MICHAEL ROSEBUD MATHISON, <br><br> Defendant. | Case No. CR 24-28-GF-BMM <br><br> **AMENDED ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant David Michael Rosebud Mathison, having filed a Motion to Enter Guilty Plea; IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter, presently scheduled for Tuesday, October 22, 2024 are VACATED. IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for October 28, 2024 at 2:30 p.m. before the undersigned.

DATED this 9th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts

1